```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04662
    KEVIN S SULLIVAN
    LAURA M SULLIVAN                            CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
          Debtor
    SSN XXX-XX-6801     SSN XXX-XX-1764


-----------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/06/08 .

     2.  The case was dismissed without confirmation, 08/22/2008.

-----------------------------------------------------------------------------
                                                  INTEREST         PRINCIPAL
CREDITOR NAME           CLASS         CLAIM AMOUNT   PAID             PAID
-----------------------------------------------------------------------------
LITTON LOAN SERVICING IN CURRENT MORTG      .00         .00              .00
LITTON LOAN SERVICING IN SECURED            .00         .00              .00
CAPITAL ONE BANK        UNSECURED    NOT FILED         .00              .00
CITIBANK NA             UNSECURED    NOT FILED         .00              .00
CITIBANK NA             UNSECURED    NOT FILED         .00              .00
CITIFINANCIAL           UNSECURED    NOT FILED         .00              .00
DISCOVER BANK           UNSECURED    NOT FILED         .00              .00
HSBC                    UNSECURED    NOT FILED         .00              .00
HSBC                    UNSECURED    NOT FILED         .00              .00
KOHLS                   UNSECURED    NOT FILED         .00              .00
FIA CARD SERVICES       UNSECURED    NOT FILED         .00              .00
NICOR GAS               UNSECURED    NOT FILED         .00              .00
NICOR GAS               UNSECURED    NOT FILED         .00              .00
SAMS CLUB               UNSECURED    NOT FILED         .00              .00
SEARS                   UNSECURED    NOT FILED         .00              .00
SOVEREIGN BANK          UNSECURED    NOT FILED         .00              .00
US BANK                 UNSECURED    NOT FILED         .00              .00
          Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00         .00         .00
PRINCIPAL PAID          .00         .00          .00         .00         .00
INTEREST PAID           .00         .00          .00         .00         .00
TOTAL PAID              .00         .00          .00         .00         .00
The Debtor's attorney, HAROLD M SAALFELD           , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/13/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```